UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CEI ENTERPRISES, INC. (a/k/a CORNWELL ENTERPRISES, INC.), PATRICIA D. CORNWELL, and STACI GRUBER, Ph.D., <br><br> Plaintiffs, <br><br> v. <br><br> ANCHIN, BLOCK & ANCHIN LLP, and EVAN H. SNAPPER <br> Defendants. | Civil Action No.: 09-11708-GAO |

AFFIDAVIT OF GEORGE C. ROCKAS, ESQ.
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION TO QUASH SUBPOENAS TO AT&T NATIONAL, SUBPOENA
COMPLIANCE CENTER, VERIZON CELLCO PARTNERSHIP, AND VERIZON
LEGAL COMPLIANCE, OR IN THE ALTERNATIVE TO ORDER DEFENDANT TO
WITHDRAW SUBPOEANAS, AND FOR SANCTIONS

I, George C. Rockas, upon my own personal knowledge, to hereby attest to the following:

1.   I am Managing Partner at Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 260 Franklin Street, 14th Floor, Boston, MA 02110.

2.   I am counsel of record for the Defendant, Anchin, Block & Anchin LLP.

3.   On April 13, 2010, I spoke with counsel for the Plaintiffs, Attorney Joan Lukey. Attorney Lukey expressed objections to the Defendant's subpoenas sent to AT&T National, Subpoena Compliance Center, Verizon Cellco Partnership and Verizon Legal Compliance.

4.   As a result of my discussion with Attorney Lukey, I agreed to suspend the subpoenas for the present time while the parties tried to work through the issues raised by Attorney Lukey.

203277.1

1

5. As agreed, I requested and caused attorneys of this office to write to the subpoena recipients advising them of the suspension of the subpoenas. The letters were sent of April 14, 2010. True and accurate copies of those suspension letters are attached hereto as Exhibit A.

6. To date, this firm has not received any documents in response to the subpoenas.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23 rd DAY OF APRIL.

*George C Rockas*
George C. Rockas

2

203277.1