UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC. (f/k/a CEI ENTERPRISES, INC. and
CORNWELL ENTERPRISES, INC.), PATRICIA D. CORNWELL, and
STACI GRUBER , Ph.D.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, and EVAN H. SNAPPER,
Defendants.

## ORDER ON PENDING DISCOVERY MOTIONS
July 14, 2011

O'TOOLE, D.J.

After review of the parties' written submissions, the following orders are made with respect to pending discovery motions:

The plaintiffs' motion for a protective order with respect to the deposition of James Keaton (dkt. no. 66) is DENIED as a general matter. The defendants have recognized that the broad topics at issue may include matters not reasonably within the proper scope of discovery as outlined in Federal Rule of Civil Procedure 26(b)(1). The plaintiffs may make objections to specific inquiries if necessary at the deposition.

In reviewing the papers regarding this motion, the Court noted that some exhibits to the defendants' opposition (dkt. no. 67) appear to contain personal and confidential information and/or identifiers. Accordingly, the Court *sua sponte* directs the Clerk to place that document under seal. If any party objects, this ruling may be reconsidered.

The defendants' motion to compel (dkt. no. 68) is DENIED.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge