UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, et al.,
Defendants.

ORDER ON OBJECTIONS TO DEPOSITION TESTIMONY
January 9, 2013

O'TOOLE, D.J.

The objections to the following designated deposition testimony are SUSTAINED, and

the affected testimony is excluded:

Gallo Deposition

Page 6, line 19 (unless lines 20 and 21 are included)

Page 47, lines 5-9

Page 66, lines 4-5

Page 67, lines 7-9

Levin Deposition

Page 20, lines 4-11

Page 21, lines 10 (beginning "I was") – 11

Page 35, line 18 – page 36, line 6

Page 37, line 20 – page 38, line 10

Page 44, lines 3-5

Page 51, line 10 – page 52, line 2

Page 56, line 20 – page 57, line 7

<u>Alcedo Deposition</u>

Page 57, lines 4-21

Page 58, line 5 – page 59, line 18

Page 61, line 23 – page 62, line 22

Page 83, line 20 – page 84, line 4

Page 84, lines 11-16

All other objections are OVERRULED.


/s/ George A. O'Toole, Jr.
United States District Judge