UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, et al.,
Defendants.

ORDER ON OBJECTIONS TO DEPOSITION TESTIMONY
January 28, 2013

O'TOOLE, D.J.

The objections to the following designated deposition testimony are SUSTAINED, and the affected testimony is excluded:

Mitchell Deposition

Page 115, lines 8-15

Senters Deposition

Page 96, lines 17-20

Page 97, lines 5-6

Page 99, lines 12-17

In addition, for completeness, the following lines should be included:

Page 42, lines 16-18

Page 143, lines 17-19

All other objections are OVERRULED.

/s/ George A. O'Toole, Jr.
United States District Judge