UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, et al.,
Defendants.

ORDER ON OBJECTIONS TO DEPOSITION TESTIMONY
February 6, 2013

O'TOOLE, D.J.

Objections

The objection to the following designated deposition testimony of Ira Yohalem is SUSTAINED, and the affected testimony is excluded:

Page 293, lines 2-16

All other objections are OVERRULED.

Inclusions

In addition, the following counter-designated testimony is to be included:

Page 39, lines 3-16

Page 291, line 11 – page 292, line 20

Page 461, lines 12-14

Correction

It appears likely that the reference at page 154, line 1 to "Verizon" should rather be to "Horizon."

/s/ George A. O'Toole, Jr.
United States District Judge