UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, et al.,
Defendants.

ORDER ON OBJECTIONS TO DEPOSITION TESTIMONY
February 12, 2013

O'TOOLE, D.J.

Assuming that the full cross-examination of Mr. Rutan would be offered, the following segments are EXCLUDED:

Page 107, lines 5-11

Page 111, line 21 – page 112, line 14

Page 115, lines 5-17

All other objections are OVERRULED.

/s/ George A. O'Toole, Jr.
United States District Judge