



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC. (f/k/a CEI ENTERPRISES, INC. and CORNWELL ENTERPRISES, INC.), PATRICIA D. CORNWELL, and STACI GRUBER, Ph.D., Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP and EVAN H. SNAPPER, Defendants.

VERDICT

O'TOOLE, D.J.

**I. Negligent Performance of Professional Services**

A. Did the defendants breach a professional duty of care owed to the plaintiffs?

YES ✓ NO ____

If your answer is YES, please proceed to Question B.

If your answer is NO, please skip to Part II.

B. Did the defendants' breach of a professional duty of care proximately cause damage to the plaintiffs?

YES ✓ NO ____

If your answer is YES, please proceed to Question C.

If your answer is NO, please skip to Part II.

C. State the total amount of actual damages suffered by the plaintiffs that were caused by the defendants' negligent performance of professional services.

$ 3,479,045.00 (amount in numbers)

Three million four hundred seventy nine thousand forty five + 00/100 (amount in words)

## II. Breach of Fiduciary Duty

A. Did the defendants breach a fiduciary duty owed to the plaintiffs?

YES ✓ NO ________

If your answer is YES, please proceed to Question B.

If your answer is NO, please skip to Part III.

B. Did the defendants' breach of fiduciary duty proximately cause damage to the plaintiffs?

YES ✓ NO ________

If your answer is YES, please proceed to Question C.

If your answer is NO, please skip to Part III.

C. State the total amount of actual damages suffered by the plaintiffs that were caused by the defendants' breach of fiduciary duty.

$ 22,405,400.00 (amount in numbers)

Twenty Two Million four hundred five thousand four hundred + 00/100 (amount in words)

D. Is any portion of these damages duplicative of any damages awarded in Part I, Question C?

YES ________ NO ✓

If yes, what amount is duplicative?

$ ______________________ (amount in numbers)

______________________ (amount in words)

E. Do you find that the defendants' breach of fiduciary duty was intentional or deliberate, occurred under aggravating or outrageous circumstances, and/or willfully or wantonly disregarded the plaintiffs' rights?

YES ✓ NO ________

If your answer is YES, please proceed to Question F.

If your answer is NO, please skip to Part III.

F. State the amount of punitive damages, if any, that the plaintiffs should receive for the defendants' willful breach of fiduciary duty.

$ 22,405,400.00 (amount in numbers)

Twenty two million four hundred five thousand four hundred + 00/100 (amount in words)

## III. Breach of Contract

A. Did Anchin breach its contract to provide professional services to the plaintiffs?

YES ✓ NO ________

If your answer is YES, please proceed to Question B.

If your answer is NO, please skip to Part IV.

B. Did Anchin's breach of its contract proximately cause damage to the plaintiffs?

YES ✓ NO ________

If your answer is YES, please proceed to Question C.

If your answer is NO, please skip to Part IV.

C. State the total amount of damages suffered by the plaintiffs that were caused by Anchin's breach of its contract.

$ 2,677,955.00 (amount in numbers)

Two million Six hundred Seventy Seven thousand Nine hundred fifty five +00/100 (amount in words)

D. Is any portion of these damages duplicative of any damages awarded in Part I, Question C, or Part II, Question C? If so, what amount?

YES ________ NO ✓

If yes, what amount is duplicative?

$ ________________________ (amount in numbers)

________________________ (amount in words)

## IV. Counterclaim: Unpaid Fees

A. Do the plaintiffs owe the defendants for services rendered for which the defendants are entitled to payment?

YES ________ NO ✓

If your answer is YES, please proceed to Question B.

If your answer is NO, please skip to the end of this form.

B. State the total amount owed to the defendants by the plaintiffs for services rendered.

$ ______________________________ (amount in numbers)

______________________________ (amount in words)

The foregoing represents the unanimous decision of the jury.

2/19/13
DATE

[signature]
FOREMAN