UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11708-GAO

CORNWELL ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

ANCHIN, BLOCK & ANCHIN LLP, et al.,
Defendants.

ORDER FOR JUDGMENT
May 28, 2013

O'TOOLE, D.J.

The jury having returned a verdict on the plaintiffs' claims of negligent performance of professional services, breach of fiduciary duty, and breach of contract and having indicated that none of the damage awards are duplicative, and the Court having made determinations on the remaining claims of equitable forfeiture and unfair or deceptive acts or practices, judgment shall enter as follows:

**Count I (Negligent Performance of Professional Services)**
Judgment in favor of the plaintiffs; actual damages of $3,479,045.

**Count II (Breach of Fiduciary Duty)**
Judgment in favor of the plaintiffs; actual damages of $22,405,400 and punitive damages of $22,405,400.

**Count III (Breach of Contract)**
Judgment in favor of the plaintiffs; actual damages of $2,677,955.

**Count IV (Conversion)**
Dismissed.

**Count V (Equitable Forfeiture)**
Judgment in favor of the defendants.

**Count VI (Massachusetts General Laws Chapter 93A)**
Dismissed.

**Count VII (New York Consumer Protection Act)**
Judgment in favor of the defendants.

**Count VIII (Defamation)**
Judgment in favor of the defendants.

**Count IX (Intentional Interference with Advantageous Relations)**
Dismissed.

Pre-judgment interest shall be awarded to the plaintiffs as set forth in N.Y. C.P.L.R. §§ 5001, 5002, and 5004. Under § 5001(a), the plaintiffs are entitled to a simple 9% pre-verdict interest per annum, only as to the damages awarded for breach of contract ($2,677,955), accruing from October 13, 2009, the date on which this action was filed, to February 19, 2013, the date of the verdict, in the amount of **$808,228.83**. A 9% post-verdict, pre-judgment interest on the total verdict amount plus pre-verdict interest shall also be awarded to the plaintiffs, pursuant to N.Y. C.P.L.R. § 5002, in the amount of **$1,251,135.82**.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge