

# INVOICE FOR SERVICE

To:
Charles R. Brustman
Ropes & Gray
1211 Avenue of Americas,
New York, NY 10036

*CR Brustman*
*#710*

Make checks payable to:
ServerLinks.com
4 Madison Ave
Endicott, NY 13760
accounting@serverlinks.com

INVOICE #: 27570    Your Reference #: 106706-0004
BILLING DATE: 05/09/2011    COMPLETION DATE: 05/09/2011
IN RE: CORNWELL ENTERTAINMENT, INC., ET AL. vs. ANCHIN, BLOCK & ANCHIN LLP, ET AL.

| Item | Recipient | Description | Amount | Paid? |
|---|---|---|---|---|
| Other Service same address/recipient/case | ALEXANDER FIKS, WILSON ELSER | | $67.50 | NO |
| Rush Service less than 24 hours | ALEXANDER FIKS, WILSON ELSER | | $75.00 | NO |
| Witness Fee Advanced | ALEXANDER FIKS, WILSON ELSER | | $67.75 | NO |

**Total: $210.25**

Make Payments online. It is fast, free and secure. No Paypal account required.
Go to http://www.serverlinks.com/service/record_search.html to pay online!
A $25 charge will be added for every invoice thirty days late
Check status online! Get copies of affidavits online! View your account online!
Call or email support@serverlinks.com for your login and password!

RECEIVED
MAY 31 2011
FINANCE DEPT.



# INVOICE FOR SERVICE

To:
Charles R. Brustman
Ropes & Gray
1211 Avenue of Americas,
New York, NY 10036

*CRBrustman*
*#710*

Make checks payable to:
ServerLinks.com
4 Madison Ave
Endicott, NY 13760
accounting@serverlinks.com

INVOICE #: 27569    Your Reference #: 106706-0004
BILLING DATE: 05/09/2011    COMPLETION DATE: 05/09/2011
IN RE: CORNWELL ENTERTAINMENT, INC., ET AL. vs. ANCHIN, BLOCK & ANCHIN LLP, ET AL.

| Item | Recipient | Description Amount | Paid? |
|---|---|---|---|
| Rush Service less than 24 hours | ANNA TROTTA KOHN C/O TOM MANISERO OR GREG BAUTISTA, WILSON ELSER | $75.00 | NO |
| Witness Fee Advanced | ANNA TROTTA KOHN C/O TOM MANISERO OR GREG BAUTISTA, WILSON ELSER | $67.75 | NO |
| Westchester County Service | ANNA TROTTA KOHN C/O TOM MANISERO OR GREG BAUTISTA, WILSON ELSER | $135.00 | NO |

**Total: $277.75**

Make Payments online. It is fast, free and secure. No Paypal account required.
Go to http://www.serverlinks.com/service/record_search.html to pay online!
A $25 charge will be added for every invoice thirty days late
Check status online! Get copies of affidavits online! View your account online!
Call or email support@serverlinks.com for your login and password!

RECEIVED
MAY 31 2011
FINANCE DEPT.



# INVOICE FOR SERVICE

To:
Charles R. Brustman
Ropes & Gray
1211 Avenue of Americas,
New York, NY 10036

*CRBrustman*
*#710*

Make checks payable to:
ServerLinks.com
4 Madison Ave
Endicott, NY 13760
accounting@serverlinks.com

INVOICE #: 27568    Your Reference #: 106706-0004
BILLING DATE: 05/09/2011    COMPLETION DATE: 05/09/2011
IN RE: CORNWELL ENTERTAINMENT, INC., ET AL. vs. ANCHIN, BLOCK & ANCHIN LLP, ET AL.

| Item | Recipient | Description | Amount | Paid? |
|---|---|---|---|---|
| Other Service same address/recipient/case | LINA FIKS, WILSON ELSER | | $67.50 | NO |
| Rush Service less than 24 hours | LINA FIKS, WILSON ELSER | | $75.00 | NO |
| Witness Fee Advanced | LINA FIKS, WILSON ELSER | | $67.75 | NO |

**Total: $210.25**

Make Payments online. It is fast, free and secure. No Paypal account required.
Go to http://www.serverlinks.com/service/record_search.html to pay online!
A $25 charge will be added for every invoice thirty days late
Check status online! Get copies of affidavits online! View your account online!
Call or email support@serverlinks.com for your login and password!

RECEIVED
MAY 31 2011
FINANCE DEPT.



# INVOICE FOR SERVICE

To:
Charles R. Brustman
Ropes & Gray
1211 Avenue of Americas,
New York, NY 10036

Make checks payable to:
ServerLinks.com
4 Madison Ave
Endicott, NY 13760
accounting@serverlinks.com

*106706.0004*
*CRBrustman #710*

INVOICE #: 27297
BILLING DATE: 04/20/2011    COMPLETION DATE: 04/20/2011
IN RE: CORNWELL ENTERTAINMENT, INC., ET AL. vs. ANCHIN, BLOCK & ANCHIN LLP, ET AL.

| Item | Recipient | Description | Amount | Paid? |
|---|---|---|---|---|
| Database Check as Requested | NEIL MITCHELL, | | $55.00 | NO |
| Incorrect Address Furnished-corrected and served | NEIL MITCHELL, | | $75.00 | NO |
| New York City Service | NEIL MITCHELL, | | $75.00 | NO |
| Rush Service less than 24 hours | NEIL MITCHELL, | | $75.00 | NO |
| Witness Fee Advanced | NEIL MITCHELL, | | $48.00 | NO |

**Total: $328.00**

Make Payments online. It is fast, free and secure. No Paypal account required.
Go to http://www.serverlinks.com/service/record_search.html to pay online!
A $25 charge will be added for every invoice thirty days late
Check status online! Get copies of affidavits online! View your account online!
Call or email support@serverlinks.com for your login and password!

RECEIVED

MAY 31 2011

FINANCE DEPT.



**INVOICE FOR SERVICE**

RECEIVED
MAY 31 2011
FINANCE DEPT.

To:
Charles R. Brustman
Ropes & Gray
1211 Avenue of Americas,
New York, NY 10036

*CRBrustman*
*#710*

Make checks payable to:
ServerLinks.com
4 Madison Ave
Endicott, NY 13760
accounting@serverlinks.com

INVOICE #: 27565   Your Reference #: 106706-0004
BILLING DATE: 05/09/2011   COMPLETION DATE: 05/09/2011
IN RE: CORNWELL ENTERTAINMENT, INC., ET AL. vs. ANCHIN, BLOCK & ANCHIN LLP, ET AL.

| Item | Recipient | Description | Amount | Paid? |
|---|---|---|---|---|
| Other Service same address/recipient/case | DAN KOHN , WILSON ELSER | | $67.50 | NO |
| Rush Service less than 24 hours | DAN KOHN , WILSON ELSER | | $75.00 | NO |
| Witness Fee Advanced | DAN KOHN , WILSON ELSER | | $67.75 | NO |

**Total: $210.25**

Make Payments online. It is fast, free and secure. No Paypal account required.
Go to http://www.serverlinks.com/service/record_search.html to pay online!
A $25 charge will be added for every invoice thirty days late
Check status online! Get copies of affidavits online! View your account online!
Call or email support@serverlinks.com for your login and password!

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

PRE-SYSTEM ROLLOUT
Workflow History Unavailable

4/1/11
Okay to pay
Dan K(...)

106706-0004

Bill To: Dan Krockmalnic Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

Invoice #: NY383552
Invoice Date: 03/25/2011
Balance Due: $1,355.88

RECEIVED APR 04 2011 FINANCE DEPT.

| | | |
|---|---|---|
| Case: | Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & | client matter |
| Job #: | 301540 | Job Date: 2/25/2011 | Delivery: Normal | |
| Billing Atty: | Dan Krockmalnic Esq | |
| Location: | NetJets, Inc. Headquarters  4349 Easton Way - 4th floor | Columbus, OH 43219 | |
| Sched Atty: | Dan Krockmalnic Esq | |
| Deposing Atty: | Dan Krockmalnic, Esquire | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lisa McDermott | Transcript - Original & 1 copy | Page | 170.00 | $4.95 | $841.50 |
| 2 | | Attendance Fee (appearance) | | 1.00 | $150.00 | $150.00 |
| 3 | | Transcript - Rough ASCII | Page | 170.00 | $1.50 | $255.00 |
| 4 | | Exhibit - copying | Per page | 52.00 | $0.40 | $20.80 |
| 5 | | Exhibit Scanning - OCR | Per page | 52.00 | $0.29 | $15.08 |
| 6 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 7 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

Notes:

Invoice Total: $1,355.88
Payment:
Credits:
Interest: $0.00
Balance Due: $1,355.88

Fed. Tax ID: 20-3132569         Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Invoice #: NY383552
Job #: 301540
Invoice Date: 03/25/2011
Balance: $1,355.88

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Joan A. Lukey Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

| | |
|---|---|
| Invoice #: | NY383979 |
| Invoice Date: | 03/30/2011 |
| Balance Due: | $2,871.50 |

| | |
|---|---|
| Case: | Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & |
| Job #: | 299079 \| Job Date: 3/8/2011 \| Delivery: Normal |
| Billing Atty: | Joan A. Lukey Esq |
| Location: | Ropes & Gray |
| | 800 Boylston Street, Prudential Tower \| 48th floor \| Boston, MA 0219 |
| Sched Atty: | Dan Krockmalnic Esq |
| Deposing Atty: | Joan A. Lukey, Esq. |

client matter 106706-0004

okay to pay

**RUSH**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Laurie Fasinski | Transcript - Original & 1 copy | Page | 355.00 | $4.50 | $1,597.50 |
| 2 | | Attendance Fee (appearance) | | 2.00 | $50.00 | $100.00 |
| 3 | | Transcript - Rough ASCII | Page | 355.00 | $1.50 | $532.50 |
| 4 | | Realtime | Per page | 355.00 | $1.60 | $568.00 |
| 5 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 6 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

RECEIVED APR 15 2011 FINANCE DEPT

Notes:

| | |
|---|---|
| Invoice Total: | $2,871.50 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $2,871.50 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: NY383979
Job #: 299079
Invoice Date: 03/30/2011
Balance: $2,871.50

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Joan A. Lukey Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

| | |
|---|---|
| Invoice #: | NY383473 |
| Invoice Date: | 03/25/2011 |
| Balance Due: | $4,058.25 |

| | |
|---|---|
| Case: | Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & |
| Job #: | 299083 \| Job Date: 3/10/2011 \| Delivery: Expedited |
| Billing Atty: | Joan A. Lukey Esq |
| Location: | Ropes & Gray |
| | 800 Boylston Street, Prudential Tower \| 48th floor \| Boston, MA 0219 |
| Sched Atty: | Dan Krockmalnic Esq |
| Deposing Atty: | Joan A. Lukey, Esq. |

client matter 106706-0004

okay to pay

**RUSH**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Ira Yohalem | Transcript - Original & 1 copy | Page | 385.00 | $4.50 | $1,732.50 |
| 2 | | Attendance Fee (appearance) | | 1.00 | $0.00 | $0.00 |
| 3 | | Fee For Expedited Service | Per page | 385.00 | $2.75 | $1,058.75 |
| 4 | | Realtime | Per page | 385.00 | $1.60 | $616.00 |
| 5 | | Transcript - Rough ASCII | Page | 385.00 | $1.50 | $577.50 |
| 6 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 7 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

**Notes:**

RECEIVED
APR 15 2011
FINANCE DEPT

| | |
|---|---|
| Invoice Total: | $4,058.25 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $4,058.25 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: NY383473
Job #: 299083
Invoice Date: 03/25/2011
Balance: $4,058.25

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

RECEIVED
APR 1 8 2011
FINANCE DEPT.

**Bill To:** Dan Krockmalnic Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

| | |
|---|---|
| Invoice #: | NY386416 |
| Invoice Date: | 04/11/2011 |
| Balance Due: | $745.75 |

| | |
|---|---|
| Case: | Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & |
| Job #: | 304539  \|  Job Date: 3/21/2011  \|  Delivery: Normal |
| Billing Atty: | **Dan Krockmalnic Esq** |
| Location: | Hilton Fort Lauderdale Beach Hotel |
| | 505 N. Fort Lauderdale Beach Blvd. \| Fort Lauderdale, FL 33304 |
| Sched Atty: | Dan Krockmalnic Esq |
| Deposing Atty: | Joan A. Lukey, Esq. |

client matter

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Antonio Gallo | Transcript - Original & 1 copy | Page | 101.00 | $3.50 | $353.50 |
| 2 | | Attendance - hourly | Hour | 2.00 | $40.00 | $80.00 |
| 3 | | Transcript - Rough ASCII | Page | 101.00 | $1.25 | $126.25 |
| 4 | | Realtime | Per page | 101.00 | $1.50 | $151.50 |
| 5 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

| | |
|---|---|
| Invoice Total: | $745.75 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $745.75 |

**Notes:**

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

okay to pay. Dan Kr[...]
4.18.11, 106706-0004

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY386416 |
| Job #: | 304539 |
| Invoice Date: | 04/11/2011 |
| Balance: | $745.75 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**RECEIVED**
APR 25 2011
FINANCE DEPT.

**Bill To:** Dan Krockmalnic Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

**Invoice #:** NY387050
**Invoice Date:** 04/13/2011
**Balance Due:** $879.60

| | |
|---|---|
| **Case:** | Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & |
| **Job #:** | 304542   \| Job Date: 3/22/2011   \| Delivery: Normal |
| **Billing Atty:** | **Dan Krockmalnic Esq** |
| **Location:** | Crowne Plaza Hollywood Beach Hotel |
| | 4000 South Ocean Drive \| Hollywood, FL 33019 |
| **Sched Atty:** | Dan Krockmalnic Esq |
| **Deposing Atty:** | Joan A. Lukey, Esq. |

client matter

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Marilyn Levin | Transcript - Original & 1 copy | Page | 96.00 | $4.50 | $432.00 |
| 2 | | Attendance Fee (appearance) | | 3.00 | $50.00 | $150.00 |
| 3 | | Transcript - Rough ASCII | Page | 96.00 | $1.50 | $144.00 |
| 4 | | Realtime | Per page | 96.00 | $1.60 | $153.60 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $879.60 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $879.60 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

Okay to pay.
Dan K---
4.21.11, 106706-0004

Make check payable to: Veritext New York Reporting Co.

☐ Visa    ☐ MC    ☐ Amex    ☐ Discover

Credit Card #      Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** NY387050
**Job #:** 304542
**Invoice Date:** 04/13/2011
**Balance:** $879.60

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

## Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

RECEIVED
MAY 05 2011
FINANCE DEPT.

**Bill To:** Dan Krockmalnic Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

**Invoice #:** NY389714
**Invoice Date:** 04/26/2011
**Balance Due:** $941.70

| | |
|---|---|
| **Case:** Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block & | **client matter** |
| **Job #:** 306474 | **Job Date:** 3/31/2011 | **Delivery:** Normal | |
| **Billing Atty:** Dan Krockmalnic Esq | |
| **Location:** Hyatt Regency DFW | |
| 2334 North International Parkway | DFW Airport, Texas, 75261 | Dal | |
| **Sched Atty:** Dan Krockmalnic Esq | |
| **Deposing Atty:** Dan Krockmalnic, Esq | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Tony Alcedo | Transcript - Original & 1 copy | Page | 112.00 | $4.50 | $504.00 |
| | | Attendance Fee (appearance) | | 1.00 | $50.00 | $50.00 |
| | | Transcript - Rough ASCII | Page | 112.00 | $1.50 | $168.00 |
| | | Realtime | Per page | 112.00 | $1.60 | $179.20 |
| | | Exhibit - copying | Per page | 30.00 | $0.20 | $6.00 |
| | | Exhibit Scanning - OCR | Per page | 30.00 | $0.00 | $0.00 |
| | | CD Depo Litigation Pkge | | 1.00 | $0.00 | $0.00 |
| | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

**Invoice Total:** $941.70
**Payment:**
**Credits:**
**Interest:** $0.00
**Balance Due:** $941.70

**Notes:** Okay to pay. 106706-0004
Dan K 5.5.11

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment**

---

**Invoice #:** NY389714
**Job #:** 306474
**Invoice Date:** 04/26/2011
**Balance:** $941.70

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.
200 Old Country Road, Suite 580
Mineola, NY 11501

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**RECEIVED**
JUN 27 2011
FINANCE

Bill To: Joan A. Lukey Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

Invoice #: NY399421
Invoice Date: 06/14/2011
Balance Due: $1,272.00

Case: Cornwell Entertainment Inc. and Cornwell Enterpris v. Anchin Block &
Job #: 313755 | Job Date: 6/1/2011 | Delivery: Normal
Billing Atty: Joan A. Lukey Esq
Location: Ropes & Gray
1211 Avenue of the Americas | 38th Floor | New York, NY 10036-87
Sched Atty: Joan A. Lukey Esq
Deposing Atty: Joan A. Lukey, Esq.

client matter 106706-0004
okay to pay
[signature]

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Kohn | Transcript - Original & 1 copy | Page | 98.00 | $4.25 | $416.50 |
| 2 | Alexander Fiks | Transcript - Original & 1 copy | Page | 26.00 | $4.25 | $110.50 |
| 3 | Lina Fiks | Transcript - Original & 1 copy | Page | 50.00 | $4.25 | $212.50 |
| 4 | Martin Miller | Transcript - Original & 1 copy | Page | 51.00 | $4.25 | $216.75 |
| 5 | Daniel Kohn | Transcript - Rough ASCII | Page | 98.00 | $1.25 | $122.50 |
| 6 | Alexander Fiks | Transcript - Rough ASCII | Page | 26.00 | $1.25 | $32.50 |
| 7 | Lina Fiks | Transcript - Rough ASCII | Page | 50.00 | $1.25 | $62.50 |
| 8 | Martin Miller | Transcript - Rough ASCII | Page | 51.00 | $1.25 | $63.75 |
| 9 | | CD Depo Litigation Pkge | | 1.00 | $0.00 | $0.00 |
| 10 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |
| 11 | | Attendance Fee (appearance) | | 2.00 | $0.00 | $0.00 |

Invoice Total: $1,272.00
Payment:
Credits:
Interest: $0.00
Balance Due: $1,272.00

Notes:

Please tear off stub and return with payment.
Fed. Tax ID: 20-3132569   Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: Veritext New York Reporting Co.
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Invoice #: NY399421
Job #: 313755
Invoice Date: 06/14/2011
Balance: $1,272.00

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

RECEIVED
AUG 0 1 2011
FINANCE DEPT

**Bill To:** Joan A. Lukey Esq
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600

**Invoice #:** NY407396
**Invoice Date:** 07/22/2011
**Balance Due:** $3,356.30

**Case:** Cornwell Entertainment v. Anchin Block
**Job #:** 318575 | **Job Date:** 7/6/2011 | **Delivery:** Normal
**Billing Atty:** Joan A. Lukey Esq
**Location:** Ropes & Gray
800 Boylston Street, Prudential Tower | 48th floor | Boston, MA 0219
**Sched Atty:** Joan A. Lukey Esq
**Deposing Atty:** Joan Lukey, Esquire

**client matter**

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Evan Snapper | Transcript - Original & 1 copy | Page | 416.00 | $4.50 | $1,872.00 |
| | Realtime | Per page | 416.00 | $1.50 | $624.00 |
| | Attendance Fee (appearance) | | 2.00 | $50.00 | $100.00 |
| | Exhibit - copying | Per page | 509.00 | $0.20 | $101.80 |
| | CD Depo Litigation Pkge | | 1.00 | $0.00 | $0.00 |
| | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |
| Evan Snapper (TS) | Transcript - Rough ASCII | Page | 416.00 | $1.50 | $624.00 |

**Invoice Total:** $3,356.30
**Payment:**
**Credits:**
**Interest:** $0.00
**Balance Due:** $3,356.30

$3,356.30

Fed. Tax ID: 20-3132569 | **Term:** Net 30

*Please tear off stub and return with payment.*

Okay to pay
[signature]
Don Krockmalnic
10ft06-0904

Make check payable to: Veritext New York Reporting Co.
☐ Visa ☐ MC ☐ Amex ☐ Discover

**Invoice #:** NY407396
**Job #:** 318575
**Invoice Date:** 07/22/2011
**Balance:** $3,356.30

Please remit payment to:
Veritext New York Reporting Co.
200 Old Country Road, Suite 580
Mineola, NY 11501

Credit Card _____ Exp. Date _____

Invoice# NY4073
Job# 318575
Invoice Date: 07/22/